UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD JOSEPH ST. CYR, III

VERSUS

CHIEF OF POLICE KEVIN MCDONALD,
ET AL

CIVIL ACTION

NUMBER 07-539-FJP-SCR

**RULING**

    The Court has carefully reviewed the report and recommendation of the Magistrate Judge[1] to which an objection was filed by the plaintiff Edward St. Cyr, III.[2]  For reasons set forth in the report and recommendation, and for the additional reasons set forth herein, the Court adopts the report and recommendation of the Magistrate Judge and grants defendants' motion for summary judgment, dismissing plaintiff's state law claims against them for false arrest and/or imprisonment and for intentional infliction of emotional distress.

    Although plaintiff seeks to make a strong argument that the Court should reject the report and recommendation, plaintiff cannot rely on mere arguments and the allegations in his complaint to defeat a motion for summary judgment.  Plaintiff's affidavit and the sparse medical information in the record do not support a finding that the plaintiff suffered the kind of emotional distress which is required to support such a claim under Louisiana law.  A careful review of plaintiff's affidavit reveals that plaintiff did not even mention any information about his recovery from surgery or how the injury may have affected his daily life.

---

[1] Rec. Doc. No. 36.

[2] Rec. Doc. No. 39.

Under the Local Rules of Court plaintiff is required to set forth facts which are in dispute. Plaintiff did not include in his contested facts in dispute information about his recovery from surgery or how the injury may have affected his life. Plaintiff's alleged emotional distress is only mentioned in item 15 wherein he states that he "suffered emotional distress as a result of the incident." However, even if the Court assumes plaintiff suffered "some" emotional distress, the emotional distress must be "severe" to recover on this claim under Louisiana law. Plaintiff's failure to state he suffered "severe emotional distress" and his failure to produce summary judgment type evidence to support his claim clearly support the Court's finding that there are no material issues of fact in dispute, and defendants are entitled to summary judgment on these claims as a matter of law under the facts of this case.

Therefore;

IT IS ORDERED that defendants' second motion for summary judgment is granted, dismissing plaintiff's state law claims against them for false arrest and/or imprisonment and for intentional infliction of emotional distress.

Baton Rouge, Louisiana, November 4, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA