UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD ST. CYR, III

VERSUS

CHIEF OF POLICE KEVIN
McDONALD, ET AL

CIVIL ACTION

NUMBER 07-539-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Motion for Summary Judgment Re: Prescription filed by defendants Officers Shawntell Johnson and Tony Johnson shall be denied.[1]

Baton Rouge, Louisiana, January 21, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 42.

Doc#45716