UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



EDWARD ST. CYR, III

VERSUS

CHIEF OF POLICE KEVIN
MCDONALD, ET AL.

CIVIL ACTION

NO. 07-539-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' Motion to Dismiss, considered as a motion for summary judgment, shall be denied.[1]

Baton Rouge, Louisiana, October ___8___, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 67.

Doc#46443